Kami M. Hoskins (SBN: 026271)
Annelise M. Dominguez (SBN: 033299)
**GORDON REES SCULLY MANSUKHANI, LLP**
2 North Central Ave., Ste. 2200
Phoenix, AZ 85004
Telephone: (602) 794-2468
Facsimile: (602) 265-4716
khoskins@grsm.com
adominguez@grsm.com
*Attorneys for Defendant*
*HealthPlanOne, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peggy Quintana, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>HealthPlanOne, LLC, a Connecticut limited liability company,<br><br>               Defendant. | Case No. 2:18-cv-02169-RM<br><br>**NOTICE OF FILING EXHIBIT A TO SETTLEMENT AGREEMENT** |

NOTICE IS HEREBY GIVEN that the Exhibit A to the parties' proposed Settlement Agreement [Doc No. 55-1] is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 9th day of July, 2019.

                                    GORDON REES SCULLY MANSUKHANI, LLP


                              By: /s/ Kami M. Hoskins
                                 Kami M. Hoskins
                                 Annelise Dominguez
                                 *Attorneys for Defendant*
                                 *HealthPlanOne, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James X. Bormes, Esq.
Catherine P. Sons, Esq.
LAW OFFICE OF JAMES X. BORMES, P.C.
8 S. Michigan Ave., Ste. 2600
Chicago, IL 60603
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

Thomas R. Ryan, Esq.
LAW OFFICE OF THOMAS M. RYAN, P.C.
35 E. Wacker Drive., Ste. 650
Chicago, IL 60601
tom@tomryanlaw.com

Michelle R. Matheson, Esq.
MATHESON & MATHESON, P.L.C.
15300 N. 90th St., Ste. 550
Scottsdale, AZ 85260
mmatheson@mathesonlegal.com
*Attorneys for Plaintiff*


/s/ Shannon M. Berry